of Columbia denied. *Mr. George E. Sullivan* for petitioner. No appearance for respondent.

No. 464. LOS ANGELES & SALT LAKE RAILROAD COMPANY *v.* CITY OF LOS ANGELES. October 11, 1920. Petition for a writ of certiorari to the Supreme Court of the State of California denied. *Mr. A. S. Halsted, Mr. Oscar Lawler, Mr. Alex. Britton* and *Mr. Evans Browne* for petitioner. No appearance for respondent.

No. 465. LOS ANGELES & SALT LAKE RAILROAD COMPANY ET AL. *v.* CITY OF LOS ANGELES. October 11, 1920. Petition for a writ of certiorari to the Supreme Court of the State of California denied. *Mr. A. S. Halsted, Mr. Oscar Lawler, Mr. Alex. Britton* and *Mr. Evans Browne* for petitioners. No appearance for respondent.

No. 471. WESLEY M. SMITH *v.* W. T. APPLE. October 11, 1920. Petition for a writ of certiorari to the Supreme Court of the State of Kansas denied. *Mr. John S. Dean, Mr. Thomas F. Doran* and *Mr. Joseph Fairbanks* for petitioner. *Mr. Edward E. Sapp* for respondent.

No. 474. GEORGE F. AUF DER HEIDE *v.* ANNA W. KISKADDON ET AL. October 11, 1920. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. Benjamin B. Blakeney* and *Mr. James H. Maxey* for petitioner. No appearance for respondents.